THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD JENNINGS, Appellant.— Judgment of the Supreme Court, Kings County, rendered October 25, 1972, affirmed (see CPL 300.50, subd. 1). Shapiro, Acting P. J., Cohalan, Brennan, Benjamin and Munder, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILFRED JOHNSON, Appellant.— Judgment of the Supreme Court, Kings County, rendered November 16, 1973, affirmed. (Cf. *United States* v. *Brown*, 461 F. 2d 134, 141.) The case is remitted to the Supreme Court, Kings County, for proceedings to direct appellant to surrender himself to said court in order that execution of the judgment be commenced or resumed (CPL 460.50, subd. 5). Shapiro, Acting P. J., Cohalan, Brennan, Benjamin and Munder, JJ., concur.